Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
CREDIT MANAGEMENT, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL BOLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT, LP,<br><br>Defendant. | CASE NO. 2:15-cv-01280-FMO-JPR<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

   **PLEASE TAKE NOTICE** that the individual claim of Plaintiff AL BOLER ("Plaintiff") has been settled.  Plaintiff and Defendant CREDIT MANAGEMENT, LP, (hereinafter collectively referred to as "the Parties") anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff, and without prejudice as to the putative class members, within 60 days from the date of this Notice.

//

| | | |
|---|---|---|
| 1 | DATED:  July 28, 2015 | **MARTIN & BONTRAGER, APC** |
| 2 | | |
| 3 | | /s/ Nicholas J. Bontrager |
| 4 | | Nicholas J. Bontrager |
| | | Attorneys for Plaintiff, |
| 5 | | AL BOLER |
| 6 | | |
| 7 | DATED:  July 28, 2015 | **CARLSON & MESSER LLP** |
| 8 | | |
| 9 | | /s/ J. Grace Felipe |
| 10 | | Charles R. Messer |
| | | David J. Kaminski |
| 11 | | J. Grace Felipe |
| | | Attorneys for Defendant, |
| 12 | | CREDIT MANAGEMENT, LP |