JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL BOLER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>CREDIT MANAGEMENT, LP,<br><br>　　　　　　Defendant. | CASE NO. 2:15-cv-01280-FMO-JPR<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION** |

　　　The Court has reviewed the Stipulation to Dismiss of Plaintiff AL BOLER and Defendant CREDIT MANAGEMENT, LP (collectively referred to as "the Parties"). Good cause appearing, the Court grants the Parties' Stipulation to Dismiss the entire action.

/ / /

/ / /

/ / /

1
2
3
4
5   As stipulated by the Parties, the action is dismissed with prejudice as to Plaintiff AL BOLER, individually, and dismissed without prejudice as to the putative class members, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A(ii). Each party is to bear their respective attorneys' fees and costs.

6   IT IS SO ORDERED.

7
8   Dated: <u>September 10, 2015</u>          <u>  /s/  Fernando M. Olguin            </u>
                                                   UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00037166;1}

08113.20

2

ORDER RE STIPULATION TO DISMISS
CASE NO. 2:15-cv-01280-FMO-JPR